PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Cheryl RHODES |
| **Docket Number:** | 1:05CR00074-001 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08-22-05 |
| **Original Offense:** | Counts 1 & 2:  18 USC 287 and 2 - False Claim to an Agency of the United States and Aiding and Abetting (CLASS D FELONIES) |
| **Original Sentence:** | 36 mos. probation; $200 special assessment; $4,801 restitution; mandatory testing waived |
| **Special Conditions:** | Warrantless search and seizure; not dissipate assets; financial disclosure; financial restrictions; DNA collection |
| **Type of Supervision:** | Supervised Probation |
| **Supervision Commenced:** | 08-22-05 |
| **Assistant U.S. Attorney:** | Jonathan B. Conklin          **Telephone:** (559) 499-7000 |
| **Defense Attorney:** | Joan Levie (appointed)          **Telephone:** (559) 498-8165 |
| **Other Court Action:** | None |

**RE:**   **Cheryl RHODES**
          **Docket Number:   1:05CR00074-001**
          <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   OTHER - FAILURE TO PAY RESTITUTION AND SPECIAL ASSESSMENT**

**Details of alleged non-compliance:**  The defendant has failed to submit restitution and special assessment payments as ordered by the Court and as instructed by the probation officer during the months of November 2005 through March 2006, in violation of the general conditions regarding payment of restitution and the special assessment.

**United States Probation Officer Plan/Justification:**   The defendant has positively responded to the probation officer's admonishment regarding her financial delinquency and now reports in person to the probation office to personally deliver payments.  Considering this coupled with the defendant's dire financial situation (her income is composed of Aid to Families with Dependent Children and food stamps), the probation officer recommends the Court take no negative action at the present time in order to allow the defendant an opportunity to make up for her arrearage.  The probation officer will seek Court intervention should the defendant again neglect her financial obligation.

RE:     Cheryl RHODES
        Docket Number:   1:05CR00074-001
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

 

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (661) 861-4305

**DATED:**    April 11, 2006
              Bakersfield, California
              RCW

                        /s/ Rick C. Louviere
**REVIEWED BY:** _____
              **RICK C. LOUVIERE**
              **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

IT IS SO ORDERED.

**Dated:   April 12, 2006**              <u>    /s/ Oliver W. Wanger    </u>
emm0d6                                    UNITED STATES DISTRICT JUDGE